# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ROSE CHADWICK, on behalf of herself**
**and all others similarly situated**                                                       **PLAINTIFF**

v.                              No. 4:21-cv-1161-DPM

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY**                                                                        **DEFENDANT**

## ORDER

1. Motion to seal, *Doc. 41*, granted for good cause. State Farm has already filed redacted versions of the exhibits on the public docket.

2. Unopposed motion to seal, *Doc. 51*, conditionally granted. Chadwick may file exhibit 1, exhibits 14-18 to exhibit 2, exhibits 3-11 to exhibit 3, and exhibits 4-17 to exhibit 4 under seal. But, the Court will make a decision about whether these documents should remain sealed after reviewing these documents and considering all the circumstances. Designation of these materials as confidential under the protective Order does not answer the sealing question or whether redaction is practicable. Please send courtesy copies to Little Rock chambers.

3. Motion to withdraw, *Doc. 43*, granted. Windley is relieved as counsel for Chadwick.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

23 June 2023