# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ROSE CHADWICK, on behalf of herself
and all others similarly situated                                        PLAINTIFF

v.                            No. 4:21-cv-1161-DPM

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                        DEFENDANT

## ORDER

For good cause shown document by document, the parties' motions to seal various materials are granted as specified in Appendix A. The Court appreciates the parties' helpful chart, which guided this decision. Appendix A also addresses some documents filed provisionally under seal pending further Court review. *Doc. 59.* Motions, *Doc. 51, 61, 62, 74 & 81*, granted as specified.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 August 2023

# Appendix A

| Motion to Seal | Document | Reason to Seal | File redacted version? |
|---|---|---|---|
| *Doc. 51* | Chadwick's Motion for Class Certification, *Doc. 54* | Describes proprietary methodology by which total loss vehicles are valued; describes State Farm's internal claims data and systems | Yes |
| | Ex. 1 to Chadwick's Motion for Class Certification, *Doc. 54-1* | Describes proprietary methodology by which total loss vehicles are valued | No |
| | Ex. 2 to Chadwick's Motion for Class Certification, *Doc. 54-2* | Describes proprietary methodology by which total loss vehicles are valued; describes State Farm's internal claims data and systems | Yes |
| | Ex. 14-18 to Graff Deposition, *Doc. 54-2* | Describe proprietary methodology by which total loss vehicles are valued | No |
| | Ex. 4 to Chadwick's Motion for Class Certification, *Doc. 54-4* | Describes State Farm's internal claims data and systems | Yes |
| | Ex. 3-11 to Zoch Deposition, *Doc. 54-4* | Describes State Farm's internal claims data and systems | No |
| | Ex. 5 to Chadwick's Motion for Class Certification, *Doc. 54-5* | Describes proprietary methodology by which total loss vehicles are valued | Yes |

| Motion to Seal | Document | Reason to Seal | File redacted version? |
|---|---|---|---|
| | Ex. 4-17 to Lowell Deposition, *Doc. 54-5* | Describes proprietary methodology by which total loss vehicles are valued; contains identifying information of insureds | No |
| *Doc. 61* | Lowell Declaration, *Doc. 69-1* | Describes proprietary methodology by which total loss vehicles are valued | Yes |
| | Marais Report, *Doc. 69-2* | Describes proprietary methodology by which total loss vehicles are valued | Yes |
| | 2017 Study, *Doc. 65-9* | Contains highly confidential and proprietary claims data and analyses | No |
| | 2019 Study, *Doc. 65-10* | Contains highly confidential and proprietary claims data and analyses | No |
| *Doc. 62* | Chadwick's Response to Motion for Summary Judgment, *Doc. 64* | Describes proprietary methodology by which total loss vehicles are valued; describes State Farm's internal claims data and systems | Yes |
| | Chadwick's Response to Statement of Material Facts, *Doc. 66* | Describes proprietary methodology by which total loss vehicles are valued; describes State Farm's internal claims data and systems | Yes |

| Motion to Seal | Document | Reason to Seal | File redacted version? |
|---|---|---|---|
| | Ex. 1-2, 6-8 & 11 to Bates Declaration, *Doc. 70-1, 70-2, 70-6, 70-7, 70-8 & 70-11* | Describes proprietary methodology by which total loss vehicles are valued; describes State Farm's internal claims data and systems; contains identifying information of insureds | Yes |
| | Ex. 16-18 to Graff Deposition, *Doc. 70-7* | Describes proprietary methodology by which total loss vehicles are valued; describes State Farm's internal claims data and systems | No |
| | Ex. 4-17 to Lowell Deposition, *Doc. 70-7* | Describes proprietary methodology by which total loss vehicles are valued | No |
| | Ex. 3-11 to Zoch Deposition, *Doc. 70-11* | Describes State Farm's internal claims data and systems | No |
| | Chadwick's Response to Motion to Exclude Merritt, *Doc. 67* | Describes proprietary methodology by which total loss vehicles are valued; describes State Farm's internal claims data and systems | Yes |
| | Chadwick's Response to Motion to Exclude Felix, *Doc. 68* | Describes proprietary methodology by which total loss vehicles are valued; describes State Farm's internal claims data and systems | Yes |

| Motion to Seal | Document | Reason to Seal | File redacted version? |
|---|---|---|---|
| | Chadwick's Brief in Support of Motion to Exclude Fernbach, *Doc. 72* | Describes proprietary methodology by which total loss vehicles are valued; describes State Farm's internal claims data and systems | Yes |
| | Ex. 5 to Jacobson Declaration, *Doc. 73-5* | Describes proprietary methodology by which total loss vehicles are valued | No |
| *Doc. 74* | State Farm's Reply in Support of Motion for Summary Judgment, *Doc. 76* | Describes proprietary methodology by which total loss vehicles are valued | Yes |
| | State Farm's Reply in Support of Statement of Undisputed Material Facts, *Doc. 77* | Describes proprietary methodology by which total loss vehicles are valued | Yes |
| *Doc. 81* | Reply in Support of Motion for Class Certification, *Doc. 82* | Describes proprietary methodology by which total loss vehicles are valued | Yes |
| | Ex. 9 & 10 to Reply in Support of Motion for Class Certification, *Doc. 82-1 & 82-2* | Describes proprietary methodology by which total loss vehicles are valued | No |