IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROSE CHADWICK, on behalf of herself
and all others similarly situated**                                              **PLAINTIFF**

v.                              No. 4:21-cv-1161-DPM

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**                                                              **DEFENDANT**

## ORDER

The Court is working through the long-pending motions and would appreciate the parties' help on these questions. Simultaneous briefs (no more than five pages) due on 20 February 2024.

1. Is the phrase "actual cash value" in State Farm's policy ambiguous? Why or why not?

2. Assuming the phrase is ambiguous, is its meaning a question of law for the Court or of fact for the jury? AMI Civ. 2412 and comment (2023).

3. Assuming the phrase is ambiguous, does its meaning turn on disputed extrinsic evidence of record? If yes, please identify that evidence. *Smith v. Prudential Property and Casualty Insurance Co.*, 340 Ark. 335, 341, 10 S.W.3d 846, 850 (2000).

The Court thanks the parties for their thoughts on these issues. So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>9 February 2024</u>