IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROSE CHADWICK, on behalf of herself
and all others similarly situated                                     PLAINTIFF

v.                         No. 4:21-cv-1161-DPM

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                     DEFENDANT

## ORDER

Joint status report, *Doc. 129*, appreciated. Two points. First, under Rule 23, and precedent, the Court has plenary discretion to alter or amend the certification decision until Judgment is entered. The deadline stays, though. If the record or the law supports decertification by the deadline, State Farm should so move then to ensure adequate time for full briefing and thorough consideration. But the Court can revisit certification at any time, and will if need be. Second, the Court's schedule will likely prevent an earlier trial date. But if a date opens, the Court will float it. The Amended Final Scheduling Order will issue.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

25 June 2024