IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROSE CHADWICK, on behalf of herself
and all others similarly situated                                     PLAINTIFF

v.                         No. 4:21-cv-1161-DPM

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                     DEFENDANT

ORDER

My longtime friend, Michael L. Shenkman, is of counsel at Bailey & Glasser. He has not appeared in this case. As long as he does not do so, and does not work on the matter, I don't believe our friendship would justify a reasonable and fully informed observer in questioning my impartiality in this case. But I wanted to alert the parties and the lawyers to this connection and my evaluation of the circumstances. If any party disagrees with my decision, please move to reconsider by 4 April 2025.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 March 2025