IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROSE CHADWICK, on behalf of herself
and all others similarly situated                                    PLAINTIFF

v.                               No. 4:21-cv-1161-DPM

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                    DEFENDANT

## ORDER

1. For the reasons stated on the record at the 14 May 2025 pretrial, State Farm and Audatex's motion for a protective order, *Doc. 177*, is conditionally granted as specified.

- Demonstratives used during the testimony of Mr. Lowell, Dr. Johnson, or Dr. Marais, or referring to their reports or testimony, will not be published to the gallery.

- The potential exhibits, *Doc. 198 at 3–6*, to be introduced during Mr. Lowell's, Dr. Johnson's, and Dr. Marais's testimony will be sealed for the duration of the trial.

- The courtroom will be cleared of any employees, agents, or representatives (including counsel) of direct competitors of Audatex or State Farm during the testimony of Mr. Lowell, Dr. Johnson, and Dr. Marais.

After hearing all this testimony, and reviewing the related exhibits, if the Court decides that the balance between open court proceedings and confidentiality does not tilt toward confidentiality, some or all of these sealed materials may be unsealed. *IDT Corp. v. eBay*, 709 F.3d 1220, 1223 (8th Cir. 2013). The Court will give Audatex, and all parties, the opportunity to be heard before acting. In due course, Audatex must pay for any needed transcript to be filed on the public docket.

The Court appreciates Audatex's complete list of direct competitors, *Doc. 198 at 7*, but the motion to join is denied as moot. The Court granted joinder when it granted intervention.

**2.** Joint report on the pre-*voir dire* jury cull due by close of business on 16 May 2025. Any supplemental jury instruction on the definition of "actual cash value" due by 19 May 2025.

So Ordered.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_15 May 2025_