IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROSE CHADWICK, on behalf of herself
and all others similarly situated                                    PLAINTIFF

v.                          No. 4:21-cv-1161-DPM

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                    DEFENDANT

### ORDER

Joint report, *Doc. 202*, and cooperation appreciated. Attached are the additional questions the Court will use to winnow our panel. The Court still has some concerns about current State Farm Mutual Automobile Insurance Company insureds serving on the jury. We'll explore this in *voir dire*. To help in that effort, by 30 May 2025 State Farm must file a notice about its current "actual cash value" policy term and indicate any material difference between that current provision and the provision applicable to class members.

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 May 2025

## Additional Questions for Potential Jurors

Please answer these additional questions. Use blue ink. Remember that your answers are under oath. Return your completed form in the enclosed pre-addressed envelope as soon as possible. Call the jury administrator (501-604-5107) if you have any questions. Thank you.

**Printed Name** _____

**Participant Number** _____

1. Are you employed by any State Farm company?

    Yes_____   No_____

2. Does any member of your immediate family (parents, brothers, sisters, spouse, or children) work for any State Farm company?

    Yes_____   No_____

3. Did you have automobile coverage with State Farm Mutual Automobile Insurance Company at any point between 29 November 2016 and 18 October 2021?

    Yes_____   No_____

**Turn Over to Complete Form**

**If you answered question 3 "Yes," then answer question 4.
If you answered question 3 "No," do not answer question 4.**

4.  If you answered "Yes" to Question 3, was your vehicle totaled in an accident during that period **and** did State Farm pay you for your totaled vehicle?

    Yes_____    No_____

**Signature** _____

**Date** _____