IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROSE CHADWICK, on behalf of herself
and all others similarly situated                                              PLAINTIFF

v.                             No. 4:21-cv-1161-DPM

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                         DEFENDANT

ORDER

Given the arc and age of this case, plus the imminent 9 June 2025 trial, Chadwick's recent motion for judgment on the pleadings on State Farm's estoppel and waiver defenses, *Doc. 210*, is denied without prejudice. The Court will consider the paper as a bench brief. State Farm may file a bench brief on those issues by 3 June 2025. State Farm's motion to strike, *Doc. 211*, is denied without prejudice as moot. This Order provides the guidance requested in the alternative.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 May 2025