(Post. 07/06/2021)

# United States District Court
## *Eastern District of Arkansas*

Rose Chadwick, on Behalf of Herself and All Others Similarly Situated

v.

State Farm Mutual Automobile Insurance Company

**NOTICE**

CASE NUMBER: 4:21-cv-1161-DPM

| TYPE OF CASE: | ☒ CIVIL | ☐ CRIMINAL |
|---|---|---|

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas  72201 | Courtroom 1A |
| | DATE AND TIME |
| | 9 June 2025 at 8:45 a.m. |

**TYPE OF PROCEEDING**

Final Pretrial

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | ROOM NO. | CONTINUED TO, DATE AND TIME |
|---|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas  72201 | | |

Tammy H. Downs, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

2 June 2025
DATE

Sherri Black
(BY) DEPUTY CLERK

To: All Counsel of Record