IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROSE CHADWICK, on behalf of herself
and all others similarly situated                                                    PLAINTIFF

v.                              No. 4:21-cv-1161-DPM

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                                    DEFENDANT

ORDER

The Court appreciates the parties' thoughts on the *voir dire* and preliminary instructions. The parties have preserved their record on various issues. If the Court has decided not to cover something during *voir dire*, each side is free to do so in its brief follow-up with the panel. Here are the versions of the *voir dire* and preliminary instructions that the Court will use.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 June 2025