**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

ROSE CHADWICK, on behalf of
herself and all others similarly situated,

       Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

       Defendant.

No.: 4:21-cv-1161-DPM

## JOINT SUBMISSION ON STIPULATED TRIAL EXHIBITS

Comes now Plaintiff Rose Chadwick and Defendant State Farm Mutual Automobile Insurance Company, and with their Joint Submission on Stipulated Trial Exhibits, state as follows:

### I.    Plaintiff's Exhibits

The following are exhibits on Plaintiff's Trial Exhibit List to which the parties have stipulated as admissible:

| Exh. | Description |
|------|-------------|
| 3 | State Farm 6128DC Amendatory Endorsement |
| 4 | State Farm 6904A.3 Amendatory Endorsement |
| 5 | State Farm Car Policy Booklet |
| 6 | State Farm Declarations Page for Rose Chadwick |
| 9 | State Farm Auto Claim File Print Financial Information |
| 10 | Letter from State Farm to Rose Chadwick |
| 13 | Region 4 Price Bands |
| 14 | Audatex Autosource Market-Driven Valuation – 2011 Hyundai Elantra |
| 16 | Contract between State Farm and Audatex |

1

| | |
|---|---|
| 17 | About East Coast Auto Appraisers |
| 18 | Diminished Value Appraisals |
| 19 | We Are an Invaluable Resource for Insurance Companies |
| 20 | Facebook – Used Car Can be a Gamble |
| 21 | What Exactly is an Appraisal? |
| 22 | Why Use an Independent Appraiser? |
| 23 | 2020-2021 Uniform Standards of Professional Appraisal Practice (USPAP) – Effective January 1, 2020 through December 31, 2023 |
| 29 | Figure 2 – TNA Deduction Percentage by Price Band October 2020 |
| 47 | Contract between State Farm and Audatex – Amendment #1 |
| 48 | Contract between State Farm and Audatex – Amendment #2 |
| 49 | Contract between State Farm and Audatex – Amendment #3 |
| 50 | Contract between State Farm and Audatex – Amendment #4 |
| 51 | Contract between State Farm and Audatex – Amendment #6 |
| 52 | Contract between State Farm and Audatex – Amendment #7 |
| 53 | Contract between State Farm and Audatex – Amendment #8 |
| 54 | Contract between State Farm and Audatex – Amendment #9 |
| 55 | Contract between State Farm and Audatex – Amendment #10 |
| 56 | Contract between State Farm and Audatex – Amendment #11 |
| 57 | Contract between State Farm and Audatex – Amendment #12 |
| 58 | Contract between State Farm and Audatex – Amendment #13 |
| 59 | Contract between State Farm and Audatex – Amendment #14 |
| 60 | Contract between State Farm and Audatex – Amendment #15 |
| 61 | Contract between State Farm and Audatex – Amendment #16 |
| 62 | Contract between State Farm and Audatex – Amendment #17 (with Addendum) |
| 63 | Contract between State Farm and Audatex – Amendment #19 |
| 64 | Contract between State Farm and Audatex – Amendment #20 |
| 65 | Contract between State Farm and Audatex – Amendment #24 |
| 66 | Contract between State Farm and Audatex – Supplement (with Appendices A, B, C) |
| 67 | Contract between State Farm and Audatex – Change #1 to Supplement |

| 68 | Contract between State Farm and Audatex – Change #2 to Supplement |
| 69 | Contract between State Farm and Audatex – Change #3 to Supplement |
| 70 | Contract between State Farm and Audatex – Change #4 to Supplement |
| 71 | Contract between State Farm and Audatex – Change #5 to Supplement |
| 72 | Contract between State Farm and Audatex – Change #6 to Supplement |
| 73 | Contract between State Farm and Audatex – Change #7 to Supplement |
| 74 | Contract between State Farm and Audatex – Change #8 to Supplement |
| 75 | Contract between State Farm and Audatex – Change #9 to Supplement |
| 76 | Contract between State Farm and Audatex – Change #10 to Supplement |

## II.   Defendant's Exhibits

The following are exhibits on Defendant's Trial Exhibit List to which the parties have stipulated as admissible:

| Exh. # | Description |
| --- | --- |
| 2 | Vehicle Inspection Report |
| 3 | Autosource Market-Driven Valuation [Chadwick] |
| 4 | Spreadsheet of Price Bands |
| 22 | Declarations Page |
| 23 | Certified Policy Record |
| 30 | Auto Claim File Print - Financial Information |
| 32 | Autosource Market Driven Valuation (Chadwick) |
| 35 | Email from Longmire to Chadwick (including attachments) |
| 36 | State Farm total loss settlement letter from Kyle Longmire to Chadwick |
| 41 | Photo 1 of Chadwick totaled vehicle (taken from inspection) |
| 61 | Fernbach CV |
| 67 | Marais CV |
| 68 | Sold Equals Ask No Haggle Data |
| 74 | Merritt Curriculum Vitae |

| 75 | Articles of Organization |
|----|--------------------------|
| 76 | East Coast "About Us" |
| 77 | Diminished Value Appraisal |
| 78 | East Coast Insurance |
| 79 | East Coast Facebook |
| 80 | What is an Appraisal |
| 81 | Why Use Independent Appraiser |
| 82 | Uniform Standards of Professional Practice |

Dated: June 8, 2025

Hank Bates (ABN 98063)
Tiffany Wyatt Oldham (ABN 2001287)
Lee Lowther (ABN 2013142)
**CARNEY BATES & PULLIAM, PLLC**
One Allied Drive, Suite 1400
Little Rock, AR 72202
Telephone: (501) 312-8500
Facsimile: (501) 312-8505
Email: hbates@cbplaw.com
Email: toldham@cbplaw.com
Email: llowther@cbplaw.com


Jacob L. Phillips (admitted *pro hac vice*)
Joshua R. Jacobson (admitted *pro hac vice*)
**JACOBSON PHILLIPS PLLC**
2277 Lee Road, Suite B
Winter Park, FL 32789
Telephone: (321) 447-6461
Email: jacob@jacobsonphillips.com
Email: joshua@jacobsonphillips.com

Edmund A. Normand (admitted *pro hac vice*)
**NORMAND PLLC**
3165 McCrory Place, Suite 175
Orlando, FL 32803
Telephone: (407) 603-6031
Email: ed@normandpllc.com

Brian A. Glasser (admitted *pro hac vice*)

Respectfully submitted,

Shane Strabala (ABN 2000080)
**MUNSON, ROWLETT, MOORE, & BOONE, P.A.**
One Allied Drive, Suite 1600
Little Rock, AR 72202
Telephone: (501) 374-6535
Email: shane.strabala@mrmblaw.com

Peter W. Herzog III (admitted *pro hac vice*)
**WHEELER TRIGG O'DONNELL LLP**
211 N. Broadway, Suite 2825
St. Louis, MO 63102
Telephone: (314) 326-4129
Email: pherzog@wtotrial.com

Eric L. Robertson (admitted *pro hac vice*)
**WHEELER TRIGG O'DONNELL LLP**
370 17th Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244-1800
Email: robertson@wtotrial.com

John E. Stephenson, Jr. (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7697
Email: john.stephenson@alston.com

5

James L. Kauffman (ABN 2003050)                    *Attorneys for Defendant State Farm Mutual*
Allison A. Bruff (admitted *pro hac vice*)           *Automobile Insurance Co.*
**BAILEY & GLASSER, LLP**
1055 Thomas Jefferson Street NW, Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Email: bglasser@baileyglasser.com
Email: jkauffman@baileyglasser.com
Email: abruff@baileyglasser.com

David L. Selby, II (admitted *pro hac vice*)
**BAILEY & GLASSER LLP**
3000 Riverchase Galleria, Suite 905
Birmingham, AL 35244
Telephone: (205) 835-9906
Email: DSelby@baileyglasser.com

*Counsel for Plaintiff and the Class*