IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROSE CHADWICK, on behalf of herself
and all others similarly situated                                PLAINTIFF

v.                    No. 4:21-cv-1161-DPM

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                DEFENDANT

ORDER

There are some trial-related loose ends.

*First*, State Farm and Audatex must show cause by 27 June 2025 why all of Neal Lowell's direct examination should remain confidential. The Court is inclined to conclude that the transcript should be finalized and filed on the public docket, perhaps with light redactions. The Court does not recall any testimony about trade secrets, proprietary information, or other confidential matters that merit special protection. If State Farm and Audatex disagree, they must provide page-by-page justifications or proposed redactions by June 27th. The Court is inclined to leave the related exhibits under seal for good cause.

*Second*, for the reasons stated from the bench, the Court ruled on the pending motions as follows:

- State Farm's motion for decertification, *Doc. 232*, is denied with the stated waiver-related caveat about some class members;

- State Farm's motion for a judgment of matter of law, *Doc. 233*, is denied;

- Chadwick's motion for a judgment as a matter of law, *Doc. 237*, is partly granted (on waiver, with the stated caveat) and partly denied (on estoppel); and

- Chadwick's opposed oral motion to amend the pleadings to conform to the evidence is granted.

The Court and the parties will address the waiver caveat in due course.

*Third*, the Court relied on the following authorities on the issues about Chadwick's admission in her complaint.

- *Missouri Housing Development Commission v. Brice*, 919 F.2d 1306 (8th Cir. 1990);

- *Twin Med LLC v. Skyline Healthcare LLC*, No. 22-2953 (8th Cir. 23 February 2024) (unpublished *per curiam*);

- *Knudsen v. United States*, 254 F.3d 747 (8th Cir. 2001);

- *Rendleman v. Steel City Marine Transport, Inc.*, 78 F.3d 589 (8th Cir. 1996);

- *Commercial Credit Group, Inc. v. Process, Inc.*, No. 4:16-cv-312-JLH (E.D. Ark. 21 September 2017);

- *National Surety Corp. v. Ranger Insurance Co.*, 260 F.3d 881 (8th Cir. 2001);

- *Hennepin County v. AFG Industries, Inc.*, 726 F.2d 149 (8th Cir. 1984);

- *Soo Line Railroad Co. v. St. Louis Southwestern Railway Co.*, 125 F.3d 481 (7th Cir. 1997); and

- *Garman v. Griffin*, 666 F.2d 1156 (8th Cir. 1981).

*Fourth,* simultaneous briefs (fifteen-page limit) on post-verdict issues due by 25 June 2025.  As discussed, the Court will withhold Judgment.  An in-person status conference will be set by separate notice.

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 June 2025