U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**
JUN 1 3 2025
IN OPEN COURT
TAMMY H. DOWNS
By: H. Clerk
DEPUTY CLERK

# VERDICT

1. By applying a "typical negotiation adjustment," did State Farm break its contract to pay Chadwick, and each class member, the "actual cash value" (minus any applicable deductible) of their totaled vehicle?



 ✓ Yes _____ No

If you answered question 1 "Yes," then answer question 2. If you answered question 1 "No," do not answer any more questions. Sign, date, and return your verdict.

2. Are Chadwick and the class members estopped from disagreeing now with the "actual cash value" calculated by State Farm?

\_\_\_Yes     ✓ No

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**
JUN 13 2025
IN OPEN COURT
TAMMY H. DOWNS
By: _____
DEPUTY CLERK

**If you answered question 2 "Yes," do not answer any more questions. Sign, date, and return your verdict. If you answered question 2 "No," then answer question 3.**

3. Are the damages sustained by Chadwick, and each class member, the difference between (a) the "actual cash value" of the totaled vehicle as calculated by the Autosource Report, but removing any "typical negotiation adjustment" in that Report, and (b) the "actual cash value" of the totaled vehicle as calculated by the Autosource Report, including any "typical negotiation adjustment" in that Report?

✓ Yes       ___ No

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
JUN 1 3 2025
IN OPEN COURT
TAMMY H. DOWNS
By: _____
DEPUTY CLERK

_____      6/13/2025 2:34 PM

Foreperson                  Date/Time