IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROSE CHADWICK, on behalf of herself
and all others similarly situated                                   PLAINTIFF

v.                          No. 4:21-cv-1161-DPM

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                   DEFENDANT

ORDER

For the reasons stated in the attached Appendix, Audatex's motions for redaction, *Doc. 259 & 261*, are partly granted and partly denied as specified for good cause. The Court appreciates Audatex's trimmed redaction requests, as well as its briefs and Chadwick's.

In this Court's earlier Order on various pretrial sealing matters, it offered to clear the courtroom of any of Audatex's or State Farm's direct competitors during testimony from Mr. Lowell, Dr. Johnson, and Dr. Marais. *Doc. 201 at 1*. (Dr. Marais did not testify). The Court only recalls State Farm asking to clear the courtroom during Lowell's direct examination.

Lowell testified by video deposition, and our Court's reporters made no transcript of his trial testimony. We are all working from his sealed deposition transcript. Audatex helpfully provided a redacted version of that transcript. *Doc. 259-1*. Audatex—or State Farm—must

implement the Court's rulings as specified in the Appendix and must file a conforming redacted copy of Lowell's deposition transcript by 15 September 2025.

Audatex's other requests seek redaction of the court reporters' transcript, *Doc. 228, 231, 240, 252, & 254*. The court reporters must redact *Doc. 228, 231, & 252* — as specified in the Appendix — for distribution. No one has requested any redaction in *Doc. 240* or *Doc. 254*; and those may be distributed without change.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 September 2025

## Appendix

| Testimony | Citations |
|---|---|
| **Redact:** Audatex's properly protected trade secrets. | **Lowell's Direct Examination:** *Lowell Transcript at* 28:5; 31:14–18; 39:24; 41:24; 42:3, 8, 9, & 15–16; 44:6–7 & 23–24; 49:20; 50:6; & 51:9–11. |
| | **Lowell's Cross Examination:** *Lowell Transcript at* 125:4–10 & 17–18; 126:4–5; 138:13–19 & 21–23; 140:14; 145:17–18; 146:1 & 16–19; 147:5–6, 9, 12, 14, 15, & 17; 148:7, 8, 12, 14, 16, 18, & 24; 149:1–3; 151:13 & 20–23; 153:23–154:1; & 155:2–8 & 12–15. |
| | **Chadwick's Opening Statement:** *Doc.* 228 *at* 168:25–169:1. |
| | **Dr. Johnson's Testimony:** *Doc.* 231 *at* 248:22; 249:5; 251:5; 254:5–6; 259:18–21; & 261:5. |

| | |
|---|---|
| **Do Not Redact**: Specifics of Audatex's business practices that were already filed on the public docket. Doc. 196-1 at 5–6 & 10. | **Lowell's Direct Examination**: *Lowell Transcript at 28:7, 10, 18, & 19–20; 31:3 & 6; 37:23–24, 44:4 & 21; & 55:19.* |
| | **Dr. Johnson's Testimony**: *Doc. 231 at 246:3 & 248:19.* |
| **Do Not Redact**: The redaction request for parts of Lowell's transcript that Audatex did not redact in *Doc. 259-1* is waived. | **Lowell's Direct Examination**: *Lowell Transcript at 37:2–3.* |
| | **Lowell's Cross Examination**: *Lowell Transcript at 152:5.* |
| **Do Not Redact**: General references to Audatex's methodology change in October 2021. It started including list prices in its calculation of the typical negotiation adjustment. Both parties have discussed this on the public record. Doc. 169 at 12 & Doc. 180 at 11. | **Lowell's Direct Examination**: *Lowell Transcript at 39:22; 44:3–4; & 48:11–13.* |
| | **Lowell's Cross Examination**: *Lowell Transcript at 139:6–8; 140:6–9; 146:21–24; & 155:23.* |

- 2A -

| | |
|---|---|
| **Do Not Redact**: Dr. Johnson's general analysis of Audatex's data, and Lowell's commentary on that analysis. | **Lowell's Cross Examination**: *Lowell Transcript at 132:4–8, 13–14, & 19–24; 134:6–8; 135:3–6 & 22–23; & 136:7–10.* |
| | **Chadwick's Opening Statement**: *Doc. 228 at 176:16–18.* |
| | **Dr. Johnson's Testimony**: *Doc. 231 at 249:23–24; 251:21–22; 252:2–3 & 9–10; 253:1–2, 8–9, & 20–21; 255:2–6, 12–13, & 21–23; & 258:10–11.* |
| | **Chadwick's Closing Statement**: *Doc. 252 at 983:18–24; 984:22–24; 1010:5, 8–10, 12, & 14; & 1015:16.* |
| **Do Not Redact**: Audatex's practice of eliminating "no haggle" transactions from its data, and its practice of excluding transactions where a vehicle is sold at or above its advertised price. State Farm aired this on the public docket. *Doc. 63 at 8–9 & Doc. 76 at 3.* | **Lowell's Direct Examination**: *Lowell Transcript at 42:18 & 20–21; 43:1–2 & 20–25; & 50:17–19 & 22.* |

| | |
|---|---|
| | **Lowell's Cross Examination:** *Lowell Transcript at 141:2–4; 141:24–142:1; 142:3–5, 7–10, & 18–20; 142:23–143:1; 154:21–25; & 155:19–20.* |
| | **Chadwick's Opening Statement:** *Doc. 228 at 175:19–23; 177:1–2; & 178:7–9.* |
| | **Dr. Johnson's Testimony:** *Doc. 231 at 251:7–13; 252:14–18; & 261:7–8.* |
| | **Chadwick's Closing Statement:** *Doc. 252 at 980:18–24.* |
| **Do Not Redact:** References to Audatex compiling its data every six months. State Farm has publicly stated this information. *Doc. 63 at 12.* | **Lowell's Direct Examination:** *Lowell Transcript at 34:5–6 & 12–13; 35:21–22; 36:24; 37:15; & 38:8, 17, & 20.* |
| | **Lowell's Cross Examination:** *Lowell Transcript at 122:17 & 22–24.* |
| | **Dr. Johnson's Testimony:** *Doc. 231 at 245:15–16.* |