# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ROSE CHADWICK, on behalf of herself
and all others similarly situated**                                        **PLAINTIFF**

v.                                        **No. 4:21-cv-1161-DPM**

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**                                        **DEFENDANT**

## JUDGMENT

Chadwick's complaint is dismissed with prejudice. The Court retains jurisdiction until 16 July 2027 to enforce the parties' settlement. That retained jurisdiction covers any matter related to the implementing Order and to claims administration.

_____
D.P. Marshall Jr.
United States District Judge

16 July 2026